William F. Knowles, ISB #9831
**COZEN O'CONNOR**
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Facsimile: 206.621.8783
E-mail: wknowles@cozen.com

Michael W. Melendez
(*Pro Hac Vice to be Submitted*)
Teri Mae Rutledge
(*Pro Hac Vice to be Submitted*)
**COZEN O'CONNOR**
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: 415.644.0914
Facsimile: 415.644.0978
E-mail: mmelendez@cozen.com
E-mail: trutledge@cozen.com

*Attorneys for Plaintiff*
*Homeland Insurance Company of New York Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO, NORTHERN DIVISION**

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTAURUS FINANCIAL, INC., a California Corporation,<br><br>Defendant. | Case No.: 2:21-cv-457<br><br>**LOCAL RULE 4.1 STATUS REPORT** |

Plaintiff Homeland Insurance Company of New York Corporation ("Homeland") provides this report in response to the Court's request (Doc #4).

Service of process has not been effected in this case because shortly after the Complaint was filed, the parties reached a settlement in principle in this matter. Parties have been engaging in extensive negotiation to reduce their agreement to writing ever since. Parties have finalized and executed their Settlement Agreement on January 12, 2022, and Homeland is filing, concurrently with this report, its Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED this 14th day of January, 2022.

COZEN O'CONNOR

By: */s/ William F. Knowles*

William F. Knowles, 9831
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
E-mail: wknowles@cozen.com

Michael W. Melendez, Pro Hac Vice to be submitted
Teri Mae Rutledge, Pro Hac Vice to be submitted
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: 415.644.0914
Facsimile: 415.644.0978
E-mail: mmelendez@cozen.com
trutledge@cozen.com

*Attorneys for Homeland Insurance Company of New York Corporation*